JS - 6

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2569
    Facsimile:  (213) 894-7177
    E-mail:    victor.rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. CV 07-1038-DSF(VBKx) |
|             Plaintiff,    ) | |
|                  ) | **CONSENT JUDGMENT OF FORFEITURE** |
|           v.        ) | |
| $15,020.00 IN U.S. CURRENCY,) | |
|           Defendant.    ) | |
| _____) | |
| RAUL TORRES-MADRIGAL,      ) | |
|           Claimant.    ) | |
| _____) | |

     On or about February 14, 2007, plaintiff United States of
America ("the government" or "the United States of America") filed

a Complaint for Forfeiture alleging that the defendant $15,020.00 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

On or about March 21, 2007, claimant Raul Torres-Madrigal filed a statement of interest/claim to the defendant currency and an answer to the Complaint.  No other parties have appeared in this action, and the time for filing claims and answers has expired.

The parties have now agreed to settle this matter and to avoid further litigation between them by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.    This Court has jurisdiction over the subject matter of this action and over the parties to this Consent Judgment of Forfeiture.

2.    The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

3.    Notice of this action has been given as required by law. No appearances have been made in this case by any person other than claimant Raul Torres-Madrigal.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4.    The sum of $9,500.00 only (without interest) shall be returned to claimant Raul Torres-Madrigal.  The remainder of the defendant currency, plus the interest earned by the United States

of America on the entire defendant currency, shall be condemned and
forfeited to the United States of America, which shall dispose of
the forfeited funds in accordance with law.

5.   The funds to be returned to claimant Raul Torres-Madrigal
pursuant to paragraph 4 shall be forwarded by check made payable to
"Nicholas Cimmarrusti, Esq., Attorney-Client Trust Account," and
shall be mailed to Nicholas Cimmarrusti, Esq., Law Offices of
Nicholas Cimmarrusti, Attorney at Law, P.O. Box 22894, San Diego,
California 92192.

6.   Claimant Raul Torres-Madrigal hereby releases the United
States of America, its agencies, agents, officers, employees and
representatives, including, without limitation, all agents,
officers, employees and representatives of Customs and Border
Protection, Immigration and Customs Enforcement, the Drug
Enforcement Administration and the Department of Homeland Security
and their respective agencies, as well as all agents, officers,
employees and representatives of any state or local governmental or
law enforcement agency involved in the investigation or prosecution
of this matter, from any and all claims, actions, or liabilities
arising out of or related to this action, including, without
limitation, any claim for attorney fees, costs, and interest, which
may be asserted by or on behalf of claimant Raul Torres-Madrigal,
whether pursuant to 28 U.S.C. § 2465 or otherwise.

7.   The Court finds that there was reasonable cause for the
seizure of the defendant currency and institution of these
proceedings.  This judgment shall be construed as a certificate of
reasonable cause pursuant to 28 U.S.C. § 2465.

/ / /

3

8.    The Court further finds that claimant Raul Torres-Madrigal did not substantially prevail in this action, and each of the parties hereto shall bear its own attorney fees and costs.


DATED: February 22, 2008

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

4

1

<u>CONSENT</u>

2

    The parties hereto consent to the above judgment and waive any

3

right of appeal.

4

5

  DATED: February 21, 2008    THOMAS P. O'BRIEN
                            United States Attorney

6

                            CHRISTINE C. EWELL
                            Assistant United States Attorney

7

                            Chief, Criminal Division
                            STEVEN R. WELK

8

                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section

9

10

                            <u>/s/ Victor A. Rodgers</u>

11

                            VICTOR A. RODGERS
                            Assistant United States Attorney

12

13

                            Attorneys for Plaintiff
                            UNITED STATES OF AMERICA

14

  DATED: February 17, 2008    NICHOLAS CIMMARRUSTI

15

                            Attorney at Law

16

                            By:<u>/s/ Nicholas Cimmarrusti</u>

17

                                 Nicholas Cimmarrusti

18

                            Attorneys for Claimant
                            RAUL TORRES-MADRIGAL

19

20

21

22

23

24

25

26

27

28